ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Signature Elevator Company, Inc. | ) | ASBCA No. 60313 |
| | ) | |
| Under Contract No. FA4497-13-D-0004 | ) | |

APPEARANCES FOR THE APPELLANT:

Dennis C. Ehlers, Esq.
Laurence Schor, Esq.
Robert D. Pratt, Esq.
  Asmar Schor McKenna PLLC
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:

Col Matthew J. Mulbarger, USAF
  Air Force Chief Trial Attorney
Heather M. Mandelkehr, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

Appellant has filed a stipulation of dismissal seeking dismissal of this appeal with prejudice pursuant to an attached settlement agreement executed by both parties settling the disputes at issue in this appeal.

The appeal is accordingly dismissed with prejudice.

Dated: 16 March 2016

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60313, Appeal of Signature Elevator Company, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2